**TEXAS COMPANY, Appellant, v. H. E. MILLER et al.**

Circuit Court of Appeals, Eighth Circuit.
October 11, 1929.

No. 8705.

Thomas S. McPheeters and Crawford Johnson, both of St. Louis, Mo., for appellant.

Philip S. Terry, of Festus, Mo., for appellees.

PER CURIAM. Appeal dismissed, at costs of appellant, per stipulation of parties.

**UNITED STATES, Plaintiff-Appellee, v. Luigi CARIDI, Defendant-Appellant.**

Circuit Court of Appeals, Second Circuit.
October 22, 1929.

No. 71.

John A. Bolles, of New York City (Edwin L. La Crosse, of New York City, of counsel), for appellant.

Charles H. Tuttle, U. S. Atty., of New York City (Maxwell Shapiro, Asst. U. S. Atty., of New York City, of counsel), for appellee.

Before L. HAND, SWAN, and AUGUSTUS N. HAND, Circuit Judges.

PER CURIAM. Order affirmed in open court.

**UNITED STATES, Appellee, v. Michael FIORE, Appellant.**

Circuit Court of Appeals, Second Circuit.
November 4, 1929.

No. 130.

Sydney Rosenthal, of Long Island City, N. Y., and Charles Diringer, of New York City, for appellant.

Howard W. Ameli, U. S. Atty., of Brooklyn, N. Y. (Herbert H. Kellogg, Asst. U. S. Atty., of Brooklyn, N. Y., of counsel), for appellee.

Before L. HAND, SWAN, and AUGUSTUS N. HAND, Circuit Judges.

PER CURIAM. Judgment affirmed, upon the nuisance count, on the authority of Marsh v. U. S., 29 F.(2d) 172 (C. C. A. 2); reversed, as to the possession count, on the authority of Schechter v. U. S., 7 F.(2d) 881 (C. C. A. 2).

**UNITED STATES, Plaintiff-Appellee, v. GENE CATERING CORPORATION et al., Defendants; Woodbine Realty Co., Appellant.**

Circuit Court of Appeals, Second Circuit.
November 7, 1929.

No. 184.

William A. Blank and Story & Krogmann, all of Brooklyn, N. Y., for appellants.

Charles H. Tuttle, U. S. Atty., of New York City (Maxwell Shapiro, Asst. U. S. Atty., of New York City, of counsel), for appellee.

Before MANTON, AUGUSTUS N. HAND, and CHASE, Circuit Judges.

PER CURIAM. Order affirmed in open court.

**UNITED STATES ex rel. Frank MARCIGLIANO, alias John Rambo or Ranbo, Relator-Appellant, v. Benjamin M. DAY, Commissioner of Immigration, Port of New York, Respondent-Respondent.**

Circuit Court of Appeals, Second Circuit.
November 18, 1929.

No. 54.

Maximilian Bader, of New York City, for appellant.

Charles H. Tuttle, U. S. Atty., of New York City (Leon E. Spencer, Asst. U. S. Atty., of New York City, of counsel), for respondent.

Before MANTON, AUGUSTUS N. HAND, and CHASE, Circuit Judges.

PER CURIAM. Order affirmed.